UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**WILLIE ISAAC**                                                              **PLAINTIFF**

**VERSUS**                                        **CIVIL ACTION NO. 3:05-CV-727-HTW/LRA**

**TRANSPORTATION LOGISTICS &**
**CONSULTING, INC.**                                                       **DEFENDANT**

_____

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**
_____

THIS CAUSE is before the Court pursuant to the joint motion of Plaintiff Willie Isaac and Defendant Transportation Logistics and Consulting, Inc. for dismissal of all claims in this action against Transportation Logistics & Consulting, Inc. and its employees/officers with prejudice. The Court, pursuant to the aforementioned agreement between Plaintiff Willie Isaac and Defendant Transportation Logistics and Consulting, Inc., is of the opinion that said motion is well taken and should be and is hereby granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the Complaint, including any Amended Complaint(s), and all claims asserted by Plaintiff are hereby dismissed with prejudice as to Defendant Transportation Logistics & Consulting, Inc. and its employees/officers.

ORDERED AND ADJUDGED, this the 27th day of September, 2007.

                                        s/ HENRY T. WINGATE

                                      CHIEF UNITED STATES DISTRICT JUDGE

APPROVED:

s/John F. Ott
John F. Ott  (MS Bar No. 3950)
ATTORNEY FOR THE PLAINTIFF


s/William C. Helm
William C. Helm  (MS Bar No. 8960)
ATTORNEY FOR THE DEFENDANT


Civil Action No. 3:05-cv-727 HTW-LRA
Agreed Order of Dismissal with Prejudice